IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **DELANA N. FLOWERS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **CIVIL ACTION NO. 1:09cv620-MHT** |
| | ) | **(WO)** |
| **OZARK HEALTH AND REHAB,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER

On April 19, 2010, the magistrate judge filed a recommendation in this case to which no timely objections have been filed. Upon an independent and de novo review of the file in this case and upon consideration of the recommendation of the magistrate judge, it is ORDERED and ADJUDGED that the recommendation of the magistrate judge (Doc. # 17) is adopted; the defendant's motion to dismiss (Doc. # 14) is granted; and this case is dismissed without prejudice pursuant to Fed. R. Civ. P. 41(b) and this court's inherent authority to enforce its orders. See Bethel v. Baldwin County Bd. Of Education, 2010 WL 1220810 (11th Cir. Mar. 30, 2010) (unpublished) ("'In addition to its power under Rule 41(b), a court also has the inherent ability to dismiss a claim in light of its authority to enforce its orders and provide for the efficient disposition of litigation.'") (quoting Zocaras v. Castro, 465 F.3d 479, 483 (11th Cir. 2006)).

DONE, this the 6th day of May, 2010.

　　　　　　　　　　　　　　　　　　/s/   Myron H. Thompson
　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**